Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−10972−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arthur Horowitz
   8136 Day Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−5340

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on and a confirmation hearing on the Modified Plan is scheduled for . Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 19, 2021
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                      Case No. 21-10972-JNP
Arthur Horowitz                                                                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                       User: admin                                       Page 1 of 2
Date Rcvd: Apr 19, 2021                             Form ID: 186                                     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arthur Horowitz, 8136 Day Avenue, Pennsauken, NJ 08110-2418 |
| 519107377 | #+ | Complete Business Solutions Group, Inc., 20 N. 3rd Street, Philadelphia, PA 19106-2118 |
| 519107378 | + | Fernando Periquito, PO Box 285, Franklinville, NJ 08322-0285 |
| 519107383 | + | Leonard L Grasso, Jr., PO Box 285, Franklinville, NJ 08322-0285 |
| 519107384 | + | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 519116994 | + | LoanCare, LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519107385 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519107386 | | New Jersey Tax Revenue, PO Box 111, Trenton, NJ 08645-0111 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 19 2021 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 19 2021 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519107376 | + | Email/Text: bankruptcy@cavps.com | Apr 19 2021 20:48:00 | Cavalry SPV I, LLC., 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 519107379 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 19 2021 20:48:00 | First Financial Investment Fund Holdings, Jefferson Capital Systems, LLC Assignee, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 519107381 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 19 2021 20:47:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519166465 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 19 2021 20:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 519107382 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 19 2021 20:48:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 519139795 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 19 2021 20:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 519107388 | + | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2021 20:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519107387 | + | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2021 20:48:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 519123418 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2021 20:48:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519110523 | | Email/Text: bnc-quantum@quantum3group.com | | |

Case 21-10972-JNP    Doc 17    Filed 04/21/21    Entered 04/22/21 00:18:24    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 19, 2021 | Form ID: 186 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 19 2021 20:48:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519108419 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2021 22:12:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519140314 | + | Email/Text: JWAGNER@TBFGROUP.COM | Apr 19 2021 20:47:00 | TBF Financial, LLC, 740 Waukegan Rd., Suite 404, Deerfield, IL 60015-5505 |
| 519107389 | + | Email/Text: JWAGNER@TBFGROUP.COM | Apr 19 2021 20:47:00 | Tbf Financial Llc, Attn: Bankruptcy Department, 740 Waukegan Road, Suite 404, Deerfield, IL 60015-5505 |
| 519157123 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 19 2021 22:14:48 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519107390 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 19 2021 20:47:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519107380 | | Ford Motor Credit, P.O. Box 62180 |
| 519168161 | | LoanCare, LLC, 3637 Sentara Way Virginia Beach, VA 2345 |
| 519168162 | | LoanCare, LLC, 3637 Sentara Way Virginia Beach, VA 2345 |
| cr | *+ | LoanCare, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad J. Sadek | on behalf of Debtor Arthur Horowitz bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| Harold N. Kaplan | on behalf of Creditor LoanCare LLC hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4